## PEOPLE EX REL. CHARLES B. LOTHROP, ADM'R v. BOARD OF PUBLIC WORKS OF DETROIT.

*Administrator's Sale of Intestate's Lands—Plats.*

An administrator cannot make a public plat of his intestate's lands under a probate license to sell them.

An administrator's sale of lands not platted may be made, with the probate court's approval, by boundaries running with the centers of streets and conforming to streets and alleys to be opened by public authority, as far as they can be ascertained.

MANDAMUS to compel respondent to sanction a plat of lands. Submitted October 21. Denied October 22.

*Charles B. Lothrop* for the motion.

PER CURIAM. Relator, who is special administrator of the estate of Denis J. Campau, and has procured a probate license to sell lands of the estate, applied to the Board of Public Works to sanction a plat which he wished to complete according to the statute, so as to have the property disposed of in lots and blocks with streets regularly laid out and dedicated. The plat was laid out so

as to accord with their views as to the proper location
of streets, and was made to harmonize with the general
plan which had met their approval. They declined to
give it their official approval on the ground that relator
had no legal authority to make the dedication.

In this we think they were right. Under the statutes
—Comp. L., ch. 32; 1 Sess. L., 1873, p. 142—no plat can
be made except by the proprietor. *Lee v. Lake*, 14
Mich., 12. When properly executed and acknowledged
it operates to create interests and burdens which none
but the owner can establish, and is for those purposes a
conveyance. An administrator is in no sense the owner
of the land of his intestate. The only authority he
possesses is such as his license gives him, and it is in
the nature of a power, and not a proprietary interest.
There may be cases in which it would be convenient to
have lands laid out before a probate sale. No way
occurs to us as legal except the method sometimes re-
sorted to of making sales by boundaries running with
the centers of streets, and so arranged as to conform to
the streets and alleys to be opened under public author-
ity so far as they can be ascertained. That practice is
frequently resorted to in probate sales and partitions,
and if approved by the court would seem to be unob-
jectionable. But an administrator cannot make a
statutory plat.

The mandamus must be denied.